Arthur C. Meyers, plaintiff in error, v. The Ward Baking Company, defendant in error. Gen. No. 24,930.

Action to recover for personal injuries by being struck by motor truck. Judgment for defendant. Error to the Superior Court of

Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed January 12, 1920. Rehearing denied January 26, 1920.

Finn & Miller, for plaintiff in error; Munson T. Case, of counsel. Wilkerson, Cassels & Potter, for defendant in error; Ralph F. Potter, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.